UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| JONATHAN MOORE | CIVIL ACTION |
| VERSUS | NUMBER 11-2504 |
| ENTERPRISE MARINE SERVICES, LLC | SECTION "L" (5) |

## JURY INTERROGATORIES

Please answer the following questions.

1. Do you find that Enterprise Marine Services LLC was negligent <u>and</u> that such negligence was a cause in whole or in part of Jonathan Moore's alleged injury?

    Yes __✓__          No _____

    (Please proceed to Question 2.)

2. Do you find that the M/V XENA CENAC was unseaworthy <u>and</u> that such unseaworthiness was a cause in fact of Jonathan Moore's alleged injury?

    Yes _____          No __✓__

    (If you answered "YES" to Question 1 or Question 2, please proceed to Question 3. If you answered "NO" to both Question 1 and Question 2, please proceed to Question 6.)

3. Was Jonathan Moore negligent, and was that negligence an actual cause of the accident?

    Yes __✓__          No _____

    (If you answered "YES" to Question 3, please proceed to Question 4. If you answered

-1-

"NO" to question 3, please proceed to Question 5.)

4. In a whole number from 1% through 100%, please state the percentage of Enterprise Marine Services, LLC's fault and the percentage of Jonathan Moore's fault with respect to the cause of Jonathan Moore's injuries. The total must equal 100%.

    a) Enterprise Marine Services, LLC      20 %

    b) Jonathan Moore      80 %

    TOTAL PERCENTAGE OF FAULT      100%

(Please proceed to Question 5.)

5. What amount, if any, do you find will fairly and adequately compensate Jonathan Moore for his injuries?

    a) Past, present, and future pain and suffering and resulting mental anguish      $ 60,000

    b) Future medical expenses      $ 12,000

    c) Loss of past wages      $ 30,000

    d) Loss of future wage earning capacity      $ 20,000

(Do not make adjustments in damage amounts for the contributory negligence, if any, of Jonathan Moore. The Court will make the adjustments if necessary.)

(Please proceed to Question 6.)

6. Is the Plaintiff, Jonathan Moore, entitled to future maintenance and cure?

    Yes ✓      No ____

(If you answered "YES" to Question 6, please proceed to Question 7. If you answered "NO" to Question 6, please date and sign the verdict form and return to the Courtroom.)

7. Indicate in dollars the amount, if any, that Defendants owe to Jonathan Moore in future maintenance and cure.

Maintenance  4,000.00

Cure  12,000.00

(Foreperson, please date and sign the verdict form and return to the Courtroom.)

New Orleans, Louisiana, this __1__ day of August, 2012.

*Gregory Ramirez*
FOREPERSON

-3-