AO 187(Rev. 4/82)
EXHIBIT AND WITNESS LIST

| JONATHAN MOORE | VS. | ENTERPRISE MARINE SERVICES, LLC | DISTRICT COURT<br>Eastern District of Louisiana |
|---|---|---|---|

| PLAINTIFF'S ATTORNEY<br>Timothy Young | DEFENDANT'S ATTORNEY<br>Randolph Waits and Jordan Teich | DOCKET NUMBER<br>C.A. 11-2504 - L |
|---|---|---|
| | | TRIAL DATE(S)-  7/30/12-8/1/12 |

| PRESIDING JUDGE<br>Eldon E. Fallon | COURT REPORTER<br>David Zarek | CASE MANAGER:<br>Dean Oser |
|---|---|---|

| Pltf. No. | Deft No. | Date | ID'd | Adm. | Description of Exhibits |
|---|---|---|---|---|---|
| 15 | | 7/30/12 | X | X | Pages 5-6 Enterprise Marine Services, Inc. on board injury/illness investigation form |
| 15 | | 7/30/12 | X | X | Page 49 Enterprise Marine Services, Inc. Performance Evaluation Form - Tankerman |
| | 16 | 7/30/12 | X | X | Page 5 Cenac Towing Co., Inc. Drug & Alcohol Testing Consent Form |
| | 16 | 7/30/12 | X | X | Pages 19, 23, Cenac Towing Co., Inc. Personnel Orientation Checklist |
| | 16 | 7/30/12 | X | X | Page 24 Cenac Towing Company's signed Deckhand Orientation Training Program Agreement |
| | 16 | 7/30/12 | X | X | Pages 28-32 Cenac Towing Co., Inc.'s Deckhand signed Assessment Record (D.A.R.) |
| | 18 | 7/30/12 | X | X | Jonathan Moore's Earnings and Deductions Statement 8/1/09 - 7/16/12 |
| 23 | | 7/30/12 | X | X | Page 6 - Jonathan Moore's Medical Records from Twin Cities Hospital of 10/25/11 |
| 24 | | 7/31/12 | X | X | Page 2 - Jonathan Moore's Medical Records of Blue Water Diagnostic Imaging of 8/1/11 |
| 25 | | 7/31/12 | X | X | Page 1 - Jonathan Moore's Medical Records from Panama City Open MRI & Imaging from 8/31/11 |
| 29 | | 7/30/12 | X | X | Pages 2, 3 & 130 - Jonathan Moore's Records from Select Physical Therapy of 11/4/11 |
| 38 | | 7/30/12 | X | X | Photos of the M/V Xena Cenac (Interior & Exterior) |
| 43 | | 7/30/12 | X | X | April 2011 Inspection Audit of the M/V Xena Cenac |
| 44 | | 7/30/12 | X | X | July 2011 Inspection Audit of the M/V Xena Cenac |
| 45 | | 7/30/12 | X | X | Photo of M/V Xena Cenac taken by Captain Jamison |
| | 49 | 7/30/12 | X | X | Pages 1 & 2 - On Board Injury/Illness Form Completed on 7/9/11 |

Page 1 of __2__ pages

EXHIBIT AND WITNESS LIST CONTNUED

| Pltf. No. | Deft No. | Date | ID'd | Adm. | Description of Exhibits |
|---|---|---|---|---|---|
| | 57 | 7/30/12 | X | X | Cenac Towing Co., LLC's Safety Manual and Procedures Handbook |
| | 58 | 8/1/12 | X | X | Page 84 of Cenac Towing Co., LLC's Responsible Carrier Program |
| 60 | | 8/1/12 | X | X | Vocational Analysis Fact Sheet |
| 59 | 59 | 7/31/12 | X | X | Dr. Randolph Rice handwritten figures (drawn on notepad) |
| | 38 | 8/1/12 | X | X | Pages 27 & 28 |
| 1 | 1 | 7/31/12 | X | X | Handwritten Statement of Jonathan Moore |
| 2 | 2 | 7/31/12 | X | X | Handwritten Statement of Joseph Verdin |
| 3 | 3 | 7/31/12 | X | X | M/V Xena Cenac Daily Boar Logs, June 15, 2011 through July 15, 2011 |
| 4 | 4 | 7/31/12 | X | X | Social Security Administration Earnings Records of Jonathan Moore |
| 5 | 5 | 7/31/12 | X | X | Internal Revenue Service Records of Jonathan Moore |
| 6 | 6 | 7/31/12 | X | X | U.S. Coast Guard Records of Jonathan Moore |
| 7 | 7 | 7/31/12 | X | X | Minutes of Safety Meeting, Safety Drills and Exercises |
| | 56 | 7/31/12 | X | X | Surveillance Video DVD's of Jonathan Moore dated 1/6/12, 1/11/12, 1/21/12, /122/12, 5/5/12, 5/6/12, 5/15/12 |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |