**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| JONATHAN MOORE | CIVIL ACTION |
| VERSUS | NO. 11-2504 |
| ENTERPRISE MARINE SERVICES, LLC | SECTION: L |

# JUDGMENT

This matter came on before the Court on previous days for trial by jury. Now therefore, considering the answers of the jury to the interrogatories propounded to them, and further considering the direction of the Court as to the entry of judgment, accordingly:

IT IS ORDERED, ADJUDGED AND DECREED that there be judgment in favor of plaintiff, Jonathan Moore, and against defendant, Enterprise Marine Services, LLC, in the amount of Thirty Eight Thousand and No/100 ($38,000.00) Dollars. The jury awarded the plaintiff a total of $122,000 in damages (including $12,000 for future medical expenses), $4,000 in future maintenance, and $12,000 in future cure. The jury also found that the plaintiff was contributorily negligent, with the plaintiff 80% at fault and the defendant 20% at fault. This amount represents a reduction of the damages to 20% of the total award, and a reduction of future cure by $2,400 to prevent double recovery for future medical expenses.

New Orleans, Louisiana, this 6th day of August, 2012.

Eldon E. Fallon

**ELDON E. FALLON**
**UNITED STATES DISTRICT JUDGE**